**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **KENNETH GREENE JR.,**<br><br>***Plaintiff,***<br><br>**vs.**<br><br>**WARDEN ROY ODUM, *et al.*,**<br><br>***Defendants.*** | **CIVIL ACTION No.**<br>**7:25-cv-00064-LAG-ALS** |

## STIPULATION OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kenneth Greene, Jr. and Defendants Roy Odum, Charlie Marcus, Delisha Bryant, and Tasha Baker[1], through counsel, stipulate that the above-styled action, and all claims asserted or that could have been asserted therein, be dismissed with prejudice. The parties shall bear their own costs.

Respectfully submitted,

Kenneth Greene, Jr.
GDC # 0001298582
Valdosta State Prison
P.O. Box 5368
Valdosta, Georgia 31603

***Plaintiff***

CHRISTOPHER M. CARR 112505
Attorney General

[1] Tasha Baker is incorrectly identified as "Tanya Baker" in the complaint.

LORETTA L. PINKSTON-POPE 580385
Deputy Attorney General

WILLIAM W. PETERS 515342
Senior Asst. Attorney General

/s/ Chandler L. King
CHANDLER L. KING 774738
Assistant Attorney General

***Attorneys for Defendants***

Please Serve:
CHANDLER L. KING
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
Telephone: (404) 436-6602
Facsimile: (404) 651-5304
cking@law.ga.gov